

RECEIVED
IN LAKE CHARLES, LA
MAR 24 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| **MARK ANTHONY DELAFOSSE** | **CIVIL ACTION NO. 05-0427-LC** |
| VS. | SECTION P |
| **BURL CAIN, WARDEN** | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** as time-barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this the 16 day of March, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE