RECEIVED
IN LAKE CHARLES, LA

APR 13 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| MARK ANTHONY DELAFOSSE | : | DOCKET NO. 2:05 CV 0427 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| BURL CAIN, WARDEN | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED that the petitioner's "Motion for Relief from Final Judgment Under F.R.Civ.P. Rule 60" [doc. 13] IS DENIED.

Lake Charles, Louisiana, this 12 day of April, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE