RECEIVED
IN LAKE CHARLES, LA

APR 17 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

MARK ANTHONY DELAFOSSE

VERSUS

WARDEN, LA STATE PENITENTIARY

CIVIL ACTION NO. 2:05CV0427
JUDGE MINALDI
MAG. JUDGE WILSON

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Lake Charles, Louisiana, this 13 day of April, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE