RECEIVED
IN LAKE CHARLES, LA

MAY 15 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MARK ANTHONY DELAFOSSE** | : | **DOCKET NO. 2:05 CV 0427** |
| VS. | : | JUDGE MINALDI |
| **BURL CAIN, WARDEN** | : | MAGISTRATE JUDGE WILSON |

## ORDER

IT IS ORDERED that the petitioner's Motion to Proceed *In Forma Pauperis* IS DENIED. 28 U.S.C. §1915(a)(2) states that Delafosse is required to file a certified copy of his trust fund account statement (or the institutional equivalent) for the 6-month period immediately proceeding the filing of the notice of appeal. This document was not provided to the court.

Lake Charles, Louisiana, this ___ day of May, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE